1  ADRIENNE C. PUBLICOVER  (SBN 161432)                    **E-filed 1/4/08**
   SEAN P. NALTY  (SBN 121253)
2  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA  94105
4  Telephone:    (415) 433-0990
   Facsimile:     (415) 434-1370
5
   Attorneys for Defendants
6  CONNECTICUT GENERAL LIFE
   INSURANCE COMPANY,
7  CHUBB & SON, INC. LONG TERM
   DISABILITY PLAN
8

9

10

11                         UNITED STATES DISTRICT COURT

12                       NORTHERN DISTRICT OF CALIFORNIA

13                              SAN JOSE DIVISION

14

15  LOUISE BERTAO,                      )  Case No.:      CV07-05808 JF
                                        )
16              Plaintiff,              )  **STIPULATION AND [~~PROPOSED~~]**
                                        )  **ORDER TO EXTEND TIME TO**
17      v.                              )  **ANSWER OR OTHERWISE RESPOND**
                                        )  **TO PLAINTIFF'S COMPLAINT**
18  CONNECTICUT GENERAL LIFE INSURANCE  )  **[Local Rule 6-1]**
   COMPANY, CHUBB & SON, INC. LONG     )
19  TERM DISABILITY PLAN,               )  Courtroom     :          3
                                        )  Honorable Jeremy Fogel
20              Defendants.             )
                                        )
21  _____)  Filing Date    :      November 15, 2007
                                        )
22

23      **IT IS HEREBY STIPULATED,** pursuant to Local Rule 6-1, by and between the parties to

24  this action, through their attorneys of record, that the defendants herein and each of them shall have

25  an extension until, and including, January 28, 2008 to answer or otherwise respond to plaintiff

26  Louise Bertao's Complaint filed in this action.

27

28
   _____
                                         1
            **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO**
            **ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**
   USDC NDCA Case #CV07-05808 JF
   318357.1

1    This extension will not alter the date of any event or any deadline already fixed by Court

2    order.

3

4    Date: December 27, 2007                     WILSON, ELSER, MOSKOWITZ,
                                                      EDELMAN & DICKER LLP
5

6
                                            By: _____
7                                               ADRIENNE C. PUBLICOVER
                                                SEAN P. NALTY
8                                               Attorneys for Defendants
                                                CONNECTICUT GENERAL LIFE
9                                               INSURANCE COMPANY, CHUBB & SON,
                                                INC. LONG TERM DISABILITY PLAN
10

11   Date: December 28, 2007                     FLYNN, ROSE & PERKINS

12

13                                          By: _____
                                                CHARLES B. PERKINS
14                                              Attorneys for Plaintiff
                                                LOUISE BERTAO
15

16

17                                          ORDER

18                                          IT IS SO ORDERED.

19

20   Date: 1/4/08  _____         By: _____
21                                              HONORABLE JEREMY FOGEL
                                                UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28
                                            2
                        STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO
                        ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT
     USDC NDCA Case #CV07-05808 JF
     318357.1

**CERTIFICATE OF SERVICE**
*Louise Bertao v. Connecticut General Life Insurance Company, et al.*
*USDC NDCA Case #CV07-05808 JF*

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→    : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

: **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

: **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Charles B. Perkins, Esq.
FLYNN, ROSE & PERKINS
59 North Santa Cruz Avenue, Suite Q
Los Gatos, CA 95030
Tel:   (408) 399-4566
Fax:   (408) 399-6683

*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **December 28, 2007**, at San Francisco, California.

Nancy Li

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**
USDC NDCA Case #CV07-05808 JF
318357.1