# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

LOUISE BERTAO

V.

CONNECTICUT GENERAL LIFE INSURANCE COMPANY; CHUBB & SON, INC. LONG TERM DISABILITY PLAN

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**C07 05808 JF PVT**

TO: (Name and address of defendant)

CONNECTICUT GENERAL LIFE INSURANCE COMPANY, 1601 Chestnut St., Philadelphia, PA 19192; c/o William S. Jameson (Agent for Process), 400 North Brand Blvd., Glendale, California 91203

CHUBB & SON, INC. LONG TERM DISABILITY PLAN, 15 Mountain View Rd., Warren, NJ 07059; c/o Gary Petrosino (Agent for Process), 801 S. Figueroa St., #2400, Los Angeles, CA 90017.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Charles B. Perkins, Esq. (California State Bar #126942)
FLYNN, ROSE & PERKINS
59 North Santa Cruz Avenue, Suite Q
Los Gatos, California 95030
(408) 399-4566 phone
(408) 399-6683 fax

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

NOV 1 5 2007
DATE

_____
(BY) DEPUTY CLERK
Tiffany Salinas-Harwell

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 12/19/2007 |
| NAME OF SERVER *(PRINT)* Martin Godinez | TITLE Registered California Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
   Claudia Yernanzian for Connecticut General Life Insurance Company, 400 N. Brand Blvd. Glendale, CA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12/19/2007
             Date            *Signature of Server*

             5730 Uplander Way, #101 Culver City, CA 90230
             *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.