UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LOUISE BERTAO

                    Plaintiff(s),

                                        Case No.  C07 05808 JF HRL

                                        ADR CERTIFICATION BY PARTIES
                                        AND COUNSEL

            v.

CONNECTICUT GENERAL LIFE
INSURANCE CO., et al.
                    Defendant(s).
_____/

        Pursuant to Civil  L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies
that he or she has:

        **(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District
of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed
copies are available from the clerk's office for parties in cases not subject to the court's
Electronic Case Filing program (ECF) under General Order 45);*

        **(2)** Discussed the available dispute resolution options provided by the Court and private
entities; and

        **(3)** Considered whether this case might benefit from any of the available dispute
resolution options.

Dated: _1-14-08_                                    _Louis Bertao_
                                                    [Party]

Dated: _1/16/08_                                    _Charles B Perkins_
                                                    [Counsel]