1  CHARLES B. PERKINS #126942
   FLYNN, ROSE & PERKINS
2  59 North Santa Cruz Avenue, Suite Q
   Los Gatos, California 95030
3  (408) 399-4566
   Email: cbperk@earthlink.net
4
   Attorney for Plaintiff
5  LOUISE BERTAO

6

7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11
   LOUISE BERTAO,                    ) Case No. C07 05808 JF PVT
12                                   )
          Plaintiff,                 )
13                                   ) STIPULATION TO PRIVATE MEDIATION
   vs.                               ) AND TO CONTINUANCE OF INITIAL CASE
14                                   ) MANAGEMENT CONFERENCE, AND
   CONNECTICUT GENERAL LIFE          ) PROPOSED ORDER
15 INSURANCE COMPANY,                )
   CHUBB & SON, INC., LONG TERM      ) Date:  March 14, 2008
16 DISABILITY PLAN,                  ) Time:  10:30 a.m.
                                     ) Judge: Hon. Jeremy Fogel
17        Defendants.                )
                                     )
18                                   )
                                     )
19

20        WHEREAS, this matter is scheduled for an Initial Case Management Conference on March

21 14, 2008 at 10:30 a.m.;

22        WHEREAS, the parties stipulate to a private mediation of this case at JAMS or a similar

23 provider, with mediation to occur within 90 days of the date of this Order;

24        THEREFORE, to allow the mediation to occur before the Initial Case Management

25 Conference, the parties stipulate and request that the Initial Case Management Conference be

26 //

27 //

28

1  continued from March 14, 2008 to June 13, 2008, or thereafter.

2  IT IS SO STIPULATED:

3  DATE: March 7, 2008    FLYNN, ROSE & PERKINS

4  By /s/ Charles B. Perkins

5  CHARLES B. PERKINS
   Attorney for Plaintiff
6  LOUISE BERTAO

7

8  DATE: March 7, 2008    WILSON, ELSER, MOSKOWITZ,
                          EDELMAN & DICKER, LLP
9

10 By /s/ Sean P. Nalty

11 SEAN P. NALTY
   Attorney for Defendant
12 CONNECTICUT GENERAL LIFE
   INSURANCE COMPANY
13

14                       **ORDER**

15
   Based on the Stipulation of the parties, and good cause appearing, it is hereby ordered
16
   that this case is referred to private mediation, with the mediation to be held within 90 days of
17
   the date of this Order. It is further ordered that the Initial Case Management Conference,
18
   currently scheduled for March 14, 2008, is hereby continued to _____. The
19
   parties shall file a Case Management Conference Statement 7 days prior to the scheduled Case
20
   Management Conference.
21
22 IT IS SO ORDERED.

23
24 DATE: _____    _____
                          THE HONORABLE JEREMY FOGEL
25                        U.S. District Court Judge
26
27
28