**E-filed 3/14/08**

1  CHARLES B. PERKINS #126942
   FLYNN, ROSE & PERKINS
2  59 North Santa Cruz Avenue, Suite Q
   Los Gatos, California 95030
3  (408) 399-4566
   Email: cbperk@earthlink.net
4
   Attorney for Plaintiff
5  LOUISE BERTAO

6

7

8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11
   LOUISE BERTAO,                    )   Case No. C07 05808 JF PVT
12                                   )
            Plaintiff,                )
13                                   )   STIPULATION TO PRIVATE MEDIATION
   vs.                                )   AND TO CONTINUANCE OF INITIAL CASE
14                                   )   MANAGEMENT CONFERENCE, AND
   CONNECTICUT GENERAL LIFE          )   PROPOSED ORDER
15 INSURANCE COMPANY,                )
   CHUBB & SON, INC., LONG TERM      )   Date:  March 14, 2008
16 DISABILITY PLAN,                  )   Time:  10:30 a.m.
                                     )   Judge: Hon. Jeremy Fogel
17          Defendants.              )
                                     )
18                                   )
                                     )
19

20       WHEREAS, this matter is scheduled for an Initial Case Management Conference on March

21 14, 2008 at 10:30 a.m.;

22       WHEREAS, the parties stipulate to a private mediation of this case at JAMS or a similar

23 provider, with mediation to occur within 90 days of the date of this Order;

24       THEREFORE, to allow the mediation to occur before the Initial Case Management

25 Conference, the parties stipulate and request that the Initial Case Management Conference be

26 //

27 //

28

STIPULATION TO PRIVATE MEDIATION AND TO CONTINUANCE OF INITIAL CMC: PROPOSED ORDER
Page 1

| | |
|---|---|
| 1 | continued from March 14, 2008 to June 13, 2008, or thereafter. |
| 2 | IT IS SO STIPULATED: |
| 3 | DATE: March 7, 2008         FLYNN, ROSE & PERKINS |
| 4 |                              By /s/ Charles B. Perkins |
| 5 |                              CHARLES B. PERKINS |
| 6 |                              Attorney for Plaintiff LOUISE BERTAO |

DATE: March 7, 2008         WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP

By /s/ Sean P. Nalty
SEAN P. NALTY
Attorney for Defendant
CONNECTICUT GENERAL LIFE INSURANCE COMPANY

### ORDER

Based on the Stipulation of the parties, and good cause appearing, it is hereby ordered that this case is referred to private mediation, with the mediation to be held within 90 days of the date of this Order. It is further ordered that the Initial Case Management Conference, currently scheduled for March 14, 2008, is hereby continued to 6/13/08. The parties shall file a Case Management Conference Statement 7 days prior to the scheduled Case Management Conference.

IT IS SO ORDERED.

DATE: 3/14/08

THE HONORABLE JEREMY FOGEL
U.S. District Court Judge