```
 1  ADRIENNE C. PUBLICOVER  (SBN 161432)
    SEAN P. NALTY  (SBN 121253)
 2  WILSON, ELSER, MOSKOWITZ,
        EDELMAN & DICKER LLP
 3  525 Market Street, 17th Floor
    San Francisco, CA  94105
 4  Telephone:   (415) 433-0990
    Facsimile:   (415) 434-1370
 5
    Attorneys for Defendants
 6  CONNECTICUT GENERAL LIFE INSURANCE COMPANY,
    CHUBB & SON, INC. LONG TERM DISABILITY PLAN
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| LOUISE BERTAO, | Case No.: CV07-05808 JF |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER OF THE PARTIES RE: TAKING THE CASE MANAGEMENT OFF CALENDAR** |
| v. | |
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY, CHUBB & SON, INC. LONG TERM DISABILITY PLAN, | Date: June 13, 2008 Time: 10:30 a.m. |
| Defendants. | Courtroom: 3 Honorable Jeremy Fogel Filing Date: November 15, 2007 |

Plaintiff, LOUIS BERTAO, through her counsel of record, Charles Perkins, Flynn, Rose & Perkins, and defendants CONNECTICUT GENERAL LIFE INSURANCE COMPANY and CHUBB & SON, INC. LONG TERM DISABILITY PLAN, through their counsel of record Sean P. Nalty, Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, hereby stipulate to the following:

The parties have successfully resolved plaintiff's claim for disability benefits that is the subject of this matter. The parties now are in the process of negotiating a resolution of the claim for attorney's fees submitted by plaintiff's counsel.

///

1

STIPULATION AND [PROPOSED] ORDER OF THE PARTIES RE: TAKING THE CASE MANAGEMENT CONFERENCE OFF CALENDAR
USDC NDCA Case #CV07-05808 JF
356982.1

Accordingly, the parties believe that a Case Management Coference no longer is necessary in this matter. Plaintiff will file a motion to recover attorney's fees in the event that the parties are unable to resolve this issue informally. This motion will be filed within sixty days.

Accordingly, the parties, through this stipulation, hereby request that the court take off calendar the Case Management Conference currently scheduled in this matter for June 13, 2008 at 10:30 a.m.

Date: June 6, 2008

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: *(signature)*
SEAN P. NALTY
Attorneys for Defendants
CONNECTICUT GENERAL LIFE INSURANCE COMPANY, CHUBB & SON, INC. LONG TERM DISABILITY PLAN

Date: June 6 2008

FLYNN, ROSE & PERKINS

By: *(signature)*
CHARLES B. PERKINS
Attorneys for Plaintiff
LOUISE BERTAO

## ORDER

Based on the stipulation of the parties, and good cause appearing therefore, the court hereby takes off calendar the June 13, 2008 Case Management Conference in this matter. Plaintiff has sixty days to file a motion for attorney's fees in the event that the parties are unable to resolve that issue.

**IT IS SO ORDERED.**

Date: 6/12/08

By: *(signature)*
HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

2

STIPULATION AND [PROPOSED] ORDER OF THE PARTIES RE: TAKING THE CASE MANAGEMENT CONFERENCE OFF CALENDAR

**CERTIFICATE OF SERVICE**
*Louise Bertao v. Connecticut General Life Insurance Company, et al.*
*USDC NDCA Case #CV07-05808 JF*

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER OF THE PARTIES
RE: TAKING THE CASE MANAGEMENT CONFERENCE OFF CALENDAR**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→   : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

: **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

: **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Charles B. Perkins, Esq.
FLYNN, ROSE & PERKINS
59 North Santa Cruz Avenue, Suite Q
Los Gatos, CA 95030
Tel:   (408) 399-4566
Fax:   (408) 399-6683

*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **June 6, 2008**, at San Francisco, California.

_____
Nancy Li